Minot *verſ.* Prout.

DEBT upon a Bond.    Defendant pleads as follows: " The ſaid Timothy comes and defends

MINOT
*v.*
PROUT.

Rec. 1766.
Fol. 78.

Suing and entering upon a Mortgage is no Bar to an Action upon the Bond ſecured thereby.

---

1762.

Minot
v.
Prout.

" fends, &c., and prays Oyer of the Condition there-
" of, and the fame is read to him in thefe Words:

" The Condition of the aforewritten Obligation,
" &c., (this Condition as ufuall,) which being read
" and heard, the faid Timothy faith that the faid
" Chriftopher his Action aforefaid againft him the
" faid Timothy ought not to have and maintain,
" becaufe he faith that the faid Timothy, on the
" Day of the Date of the faid Obligation, and col-
" lateral thereto, at Bofton aforefaid, made and exe-
" cuted to the faid Chriftopher a Deed of Mortgage
" of a Meffuage and Land, fituate, &c., which
" Mortgage was executed to the faid Chriftopher
" to be a collateral Security for the Payment of the
" Sum in the Condition aforecited mentioned and
" the Intereft thereof, and afterwards, viz., at Bof-
" ton aforefaid, on the 13th of December, 1758, he
" the faid Chriftopher by his Deed, fealed with his
" Seal, affigned and conveyed the faid Mortgage,
" as well as the Obligation now fued on, to one
" William Brown, of, &c., and the faid William
" afterwards, viz., the fame Day, made his Election,
" and for the Non-payment of the faid Sum en-
" tered on the faid mortgaged Premifes, and became
" feifed thereof in his Demefne as of Fee, and ftill
" holds the faid mortgaged Premifes; and all this
" the faid Timothy is ready to verify, wherefore he
" prays Judgment if the faid Chriftopher his Action
" aforefaid againft him the faid Timothy fhall have
" and maintain.

" *O. Thacher.*"

To

To which the Plaintiff replied : "And the faid "Chriftopher faith, that for Anything above al- "ledged, he the faid Chriftopher ought not to be "barred from having and maintaining his Action "aforefaid, becaufe protefting the faid William "Brown never made any Election as he the faid "Timothy above fuppofeth for Plea, the faid Chrif- "topher faith *that the faid William Brown did not* "*enter into or upon the faid mortgaged Premifes for* "*the Non-payment of the faid Sum mentioned in the* "*Condition aforefaid, and the Intereft thereof*, as the "faid Timothy in his Plea abovefaid hath alledged, "and this the faid Chriftopher prayeth may be in- "quired of by the Country.

"<i>R. Dana.</i>"

Upon Demurrer, Exception taken to the Replication, that it was a Negative Pregnant. *Doct. Placitandi*, 256, cited : That either the whole Plea fhould have been traverfed, or he fhould have fet forth the particular Matter. Cro. James, 559.

*Contra.* They having demurred to our Replication, on that Demurrer we may take Exception to their Plea, which if bad we need not anfwer their Exception to our Replication. Their Plea is infufficient ; for though he had entered upon the Mortgage, yet that is not conclufive that the Bond may not be fued.

Upon this it was largely debated whether a Mortgage being fued and entered upon, the Bond could have Effect, and *e contra.*

*Ruled*

1762.

MINOT
*v.*
PROUT.

1762.

MINOT
v.
PROUT.

*Ruled* unanimouſly, that it could, and that th
Plea is bad. (1)

*Bond to be chancered next Term.* (2)

---

(1) S. P. *Amory* v. *Fairbanks*, 3 Maſs. 562. *Ely* v. *Ely*, 6 Gray, 439.
See alſo 8 Pick. 336; 5 Cuſh. 231.

(2) A bill in chancery was accordingly filed praying that the penalty
" be chancered down to the ſum of one penny." But the Court gave
£176 10s.

